[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

No. 05-12655
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 26, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-22630-CV-JAL

PINETREE, L.C.,

                                          Plaintiff-Appellant,

                    versus

NEW SOUTH FEDERAL SAVINGS BANK,
J. P. MORGAN INVESTMENT MANAGEMENT, INC.,

                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

**(April 26, 2006)**

Before ANDERSON, FAY and SILER*, Circuit Judges.

PER CURIAM:

_____
*Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.

After oral argument and careful consideration, and for the reasons indicated in the magistrate judge's order granting summary judgment, we conclude that the judgment of the court below is due to be affirmed.

**AFFIRMED.**